## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED OHIO INSURANCE CO., | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 3:25-cv-00899-SFR |
| v. | ) | |
| | ) | |
| LOUIS CICARELLI, | ) | |
| DES PRINDLE, AND | ) | |
| DOWN TO EARTH TREE SERVICE, LLC | ) | |
| | ) | |
|     Defendants | ) | MAY 12, 2026 |

## JOINT STATUS REPORT

The parties hereby file this Joint Status Report, and represent as follows:

1.  The Plaintiff has brought this action seeking a declaration that it has no duty to defend and/or indemnify Louis Cicarelli under the policy of insurance between United Ohio and Down to Earth Tree Service, LLC, with respect to claims made by Des Prindle in the lawsuit captioned Prindle v. Down to Earth Tree Services, LLC et al., Docket No. WWM-CV21-6022646-S (the "Prindle lawsuit").

2.  The Prindle Lawsuit has been settled, and the parties are waiting for the settlement documents to be fully executed, and for the settlement funds to be paid. Once this occurs, the parties in this case will file a stipulation of dismissal with prejudice and without costs.

3.  In light of the above, the parties respectfully request that they be excused from the remaining obligations set forth in the Court's Order (ECF 34).

NEUBERT, PEPE & MONTEITH, P.C.
750 MAIN STREET, HARTFORD, CT 06103-3598
PHONE NO. (860) 548-1122; FAX NO. (860) 548-1223
JURIS NO. 440923

| | |
|---|---|
| PLAINTIFF<br>UNITED OHIO INSURANCE CO.<br><br>BY___*/s/ Erin E. Canalia*_____<br>Deborah Etlinger (ct 02877)<br>Erin Canalia (Ct 30489)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>750 Main Street, Suite 200<br>Hartford, CT 06103<br>Phone 860.548.1122 \| Fax 860.548.1223<br>detlinger@npmlaw.com<br>ecanalia@npmlaw.com | DEFENDANT,<br>DES PRINDLE<br>BY ___*/s/ Jose M. Rojas*_____<br>Jose M. Rojas (ct 22569)<br>Ventura Law<br>235 Main Street<br>Danbury CT 06810<br>Phone (203) 800-8000<br>Fax (203) 791-9264<br>jose@venturalaw.com |
| DEFENDANT,<br>DOWN TO EARTH TREE SERVICE, LLC<br><br>BY___*/s/ Sharon Baldwin*_____<br>David G. Hill (ct 13435)<br>Sharon Baldwin (ct29481)<br>David G. Hill & Associates, LLC<br>180 Glastonbury Blvd., Suite 202<br>Glastonbury, CT 06033<br>dhill@dhill-law.com<br>SBaldwin@dhill-law.com | |

2

## **CERTIFICATION**

I hereby certify that on May 12, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____*/s/ Erin E. Canalia*_____
Erin E. Canalia

3