**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED OHIO INSURANCE CO., | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 3:25-cv-00899-SFR |
| v. | ) | |
| | ) | |
| LOUIS CICARELLI, | ) | |
| DES PRINDLE, AND | ) | |
| DOWN TO EARTH TREE SERVICE, LLC | ) | |
|     Defendants | ) | JUNE 1, 2026 |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned matter, UNITED OHIO INSURANCE CO., and Defendants DOWN TO EARTH TREE SERVICE, LLC AND DES PRINDLE, though their respective undersigned counsel, that this case is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and attorneys' fees.

NEUBERT, PEPE & MONTEITH, P.C.
750 MAIN STREET, HARTFORD, CT 06103-3598
PHONE NO. (860) 548-1122; FAX NO. (860) 548-1223
JURIS NO. 440923

| | |
|---|---|
| PLAINTIFF<br>UNITED OHIO INSURANCE CO.<br><br>BY___*/s/ Deborah Etlinger*_____<br>Deborah Etlinger (ct 02877)<br>Erin Canalia (Ct 30489)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>750 Main Street, Suite 200<br>Hartford, CT 06103<br>Phone 860.548.1122 | Fax 860.548.1223<br>detlinger@npmlaw.com<br>ecanalia@npmlaw.com | DEFENDANT,<br>DES PRINDLE<br>BY ___*/s/ Jose M. Rojas*_____<br>Jose M. Rojas (ct 22569)<br>Ventura Law<br>235 Main Street<br>Danbury CT 06810<br>Phone (203) 800-8000<br>Fax (203) 791-9264<br>jose@venturalaw.com |
| DEFENDANT,<br>DOWN TO EARTH TREE SERVICE, LLC<br><br>BY___*/s/ Sharon Baldwin*_____<br>David G. Hill (ct 13435)<br>Sharon Baldwin (ct29481)<br>David G. Hill & Associates, LLC<br>180 Glastonbury Blvd., Suite 202<br>Glastonbury, CT 06033<br>dhill@dhill-law.com<br>SBaldwin@dhill-law.com | |

NEUBERT, PEPE & MONTEITH, P.C.<br>750 MAIN STREET, HARTFORD, CT 06103-3598<br>PHONE NO. (860) 548-1122; FAX NO. (860) 548-1223<br>JURIS NO. 440923

## **Certificate of Service**

I hereby certify that on June 1, 2026, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  The notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Deborah Etlinger_____
Deborah Etlinger, Esq.
Neubert, Pepe & Monteith, P.C.

NEUBERT, PEPE & MONTEITH, P.C.
750 MAIN STREET, HARTFORD, CT 06103-3598
PHONE NO. (860) 548-1122; FAX NO. (860) 548-1223
JURIS NO. 440923